B 265
(8/96)

# United States Bankruptcy Court
District Of Delaware

In re Centaur, LLC., et al., )
           Debtors ) Case No. 10-10799 (KJC)
)
FTI CONSULTING, INC., as Trustee to the ) Chapter 11
Centaur, LLC Litigation Trust. )
           Plaintiff )
)
v. )
JOSEPH SWEENEY AND LINDA PORR SWEENEY, ) Adv. Proc. No. 12-50423-KJC
           Defendants )

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on **June 14, 2019** as it appears in the records of this court, and that:    (date)

[X] No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

[ ] No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
          (date)

[ ] An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
(name of court)       (date)

[ ] An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
(date)

_____
Clerk of the Bankruptcy Court

9/12/19
Date

By: _____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

Centaur, LLC., *et al.*,

                Debtors.

Case No. 10-10799 (KJC)

JOINTLY ADMINISTERED
Chapter 11 Cases

---

FTI CONSULTING, INC., as Trustee to the Centaur, LLC Litigation Trust.

                Plaintiff,

v.

JOSEPH SWEENEY AND LINDA PORR SWEENEY,

                Defendants.

Adversary No. 12-50423-KJC

CERTIFIED: AS A TRUE COPY: ATTEST: UNA M. O'BOYLE, U.S. BANKRUPTCY COURT By_____ Deputy Clerk 6/12/19

## FINAL JUDGMENT

For the reasons set forth in the Court's Opinions entered in this action on December 27, 2018 (D.I. 82) and May 13, 2019 (D. I. 101),

IT IS, this 4th day of June, 2019, ORDERED, ADJUDGED AND DECREED, as follows:

1. Plaintiff FTI Consulting, Inc., as Trustee to the Centaur, LLC Litigation Trust ("FTI"), shall recover from Defendants Joseph Sweeney and Linda Porr Sweeney (together, "the Sweeneys"), jointly and severally, $11,301,730.62 and $122,609.27 as pre-judgment interest thereon from March 16, 2012 to December 27, 2018, but excluding the time period from May 4, 2017 to February 17, 2108, for a total of $11,424,227.42.

2. The Judgment for which paragraph 1 provides shall bear interest as prescribed in 28 U.S.C. Section 1961 from December 27, 2018 until the date it is fully satisfied.

3. FTI shall recover from the Sweeneys, jointly and severally, its costs of suit as taxed in this matter.

BY THE COURT:

_____
HON. KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE


Case 2:20-mc-00060-UJ   Document 1   Filed 05/28/20   Page 3 of 3

# Notice Recipients

District/Off: 0311-1  User: Al  Date Created: 6/14/2019
Case: 12-50423-KJC  Form ID: pdfjo  Total: 12

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | David B. Stratton | strattond@pepperlaw.com |
| aty | Joseph H. Huston, Jr. | jhh@stevenslee.com |
| aty | Norman M. Monhait | nmonhait@rmgglaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

pla  FTI Consulting, Inc., as Trustee to the Centaur, LLC Litigation Trust    Rosenthal, Monhait & Goddess, P.A.    919 Market Street, Suite 1401    Citizens Bank Center    P.O. Box 1070    Wilmington, DE 19801

dft  Joseph Sweeney    177 River Drive    Lancaster, PA 17603

dft  Linda Porr Sweeney    177 River Drive    Lancaster, PA 17603

md  David B. Stratton    Pepper Hamilton LLP    1313 Market Street    P. O. Box 1709    Wilmington, DE 19899-1709

aty  Gregory S. Schwegmann    Reid Collins & Tsai LLP    4301 Westbank Drive    Building B, Suite 230    Austin, TX 78746

aty  Joshua J. Bruckerhoff    Reid Collins &Tsai LLP    1301 S. Capitol of Texas Hwy.    Building C, Suite 300    Austin, TX 78746

aty  P. Bradford deLeeuw    Rosenthal Monhait & Goddess PA    919 N. Market Street    Suite 1401    Wilmington, DE 19899

ust  U.S. Trustee    Office of the United States Trustee    J. Caleb Boggs Federal Building    844 King Street, Suite 2207    Lockbox 35    Wilmington, DE 19801

ust  U.S. Trustee    Office of United States Trustee    J. Caleb Boggs Federal Building    844 King Street, Suite 2207    Lockbox 35    Wilmington, DE 19899-0035

TOTAL: 9